UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

PATRICK THAXTER, :
    Plaintiff :
     :
v. : CIVIL NO. 1:15-CV-2193
     :
LORETTA LYNCH, Attorney General :
of the United States, *et al.*, :
    Defendants :

*O R D E R*

AND NOW, this 12th day of May, 2016, upon consideration of the report and recommendation of Magistrate Judge Saporito (Doc. 13) filed on April 12, 2016, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. Magistrate Judge Saporito's report and recommendation is ADOPTED in its entirety.

    2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

    3. The clerk shall close the file.

                             /s/William W. Caldwell
                             William W. Caldwell
                             United States District Judge